AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the District of Delaware  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/17/2020 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Koninklijke Philips N.V. | | DEFENDANT<br>Thales DIS AIS USA LLC (F/K/A Gemalto IOT LLC F/K/A Cinterion Wireless Modules NAFA LLC);Thales DIS AIS Deutschland GmbH (F/K/A Gemalto M2M GmbH);Thales USA, Inc.;Thales S.A.;CalAmp Corp.; Xirgo Technologies, LLC; Laird Connectivity, Inc. | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 7,944,935 | 5/17/2011 | Koninklijke Philips N.V. |
| 2 | 7,554,943 | 6/30/2009 | Koninklijke Philips N.V. |
| 3 | 8,199,711 | 6/12/2012 | Koninklijke Philips N.V. |
| 4 | 7,831,271 | 11/9/2010 | Koninklijke Philips N.V. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

[ Print ]   [ Save As... ]   [ Reset ]