IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br><br>        Plaintiff<br><br>v.<br><br>THALES DIS AIS USA LLC (F/K/A GEMALTO IOT LLC F/K/A CINTERION WIRELESS MODULES NAFTA LLC); THALES DIS AIS DEUTSCHLAND GMBH (F/K/A GEMALTO M2M GMBH); THALES USA, INC.; THALES S.A.; CALAMP CORP.; XIRGO TECHNOLOGIES, LLC; LAIRD CONNECTIVITY, INC.,<br><br>        Defendants. | Civil Action No.:<br><br>JURY TRIAL DEMANDED |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Plaintiff Koninklijke Philips N.V. ("Philips") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Philips is a public limited company that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

<table>
<tr><td>

Dated: December 17, 2020

OF COUNSEL:

Eley O. Thompson
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
(312) 832-4359
ethompson@foley.com

Kevin M. Littman
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199-7610
(617) 342-4000
klittman@foley.com
lsilva@foley.com

</td><td>

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Plaintiff*

</td></tr>
</table>

2