IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THALES DIS AIS USA, LLC, THALES DIS AIS DEUTSCHLAND GMBH, THALES USA, INC., and THALES S.A.,<br><br>　　　　Defendants. | C.A. No. 20-1709 (CFC) |
| KONINKLIJKE PHILIPS N.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THALES DIS AIS USA, LLC; THALES DIS AIS DEUTSCHLAND GMBH, THALES USA, INC., THALES S.A., CALAMP CORP., XIRGO TECHNOLOGIES, LLC, and LAIRD CONNECTIVITY, INC.<br><br>　　　　Defendants. | C.A. No. 20-1713 (CFC) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED and AGREED by the parties, subject to the approval of the Court, that the time for Plaintiff Koninklijke Philips N.V. ("Philips") to file answering briefs in opposition to Thales S.A.'s Motion to

Dismiss for Lack of Personal Jurisdiction (C.A. No. 20-1709, D.I. 10; C.A. No. 20-1713, D.I. 55) and Defendants Thales USA, Inc.'s Motion to be Severed and Dismissed as Misjoined Party Pursuant to Fed. R. Civ. P. 21 (C.A. No. 20-1709, D.I. 13; C.A. No. 20-1713, D.I. 58) is hereby extended through and including April 29, 2021 and the time for Defendants to file reply briefs in support of the motions is extended through and including May 11, 2021.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Robert M. Vrana <br> Adam W. Poff (#3990) <br> Robert M. Vrana (#5666) <br> Beth A. Swadley (#6331) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> rvrana@ycst.com <br> bswadley@ycst.com <br><br> *Attorneys for Plaintiff Koninklijke Philips N.V.* | /s/ Brian P. Egan <br> Brian P. Egan (#6227) <br> Andrew M. Moshos (#6685) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@morrisnichols.com <br> amoshos@morrisnichols.com <br><br> *Attorneys for Defendants Thales USA, Inc. and Thales S.A.* |

April 19, 2021

SO ORDERED this ____ day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE